## WATSON v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 48, September Term, 1961.]

*Decided March 27, 1962.*

Before BRUNE, C. J., and HENDERSON, HORNEY, MARBURY, and SYBERT, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of the court below.

## MILLER v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 56, September Term, 1961.]

*Decided March 27, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons stated by Judge Foster for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*